DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW LADD,**
Appellant,

v.

**CITY OF WEST PALM BEACH,**
Appellee.

No. 4D16-4103

[September 6, 2018]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 2011CA019080XXXXMB.

Isidro M. Garcia of the Garcia Law Firm, P.A., West Palm Beach, for appellant.

Zoë Panarites, Assistant City Attorney, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***